IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

QUINCY M. NERI,

    Plaintiff,

v.

PINCKNEY HOLDINGS, LLC;
LINDA HUGHES; JOHN HUGHES;
JOMA INDUSTRIES, INC.; DKS, LLC;
BELL LABORATORIES, INC.;
DUNLOP ASSOCIATES, INC.;
MALCOLM STACK FOUNDATION;
AMY RADSPINNER DESIGN, LLC;
AMY RADSPINNER; PAUL RADSPINNER;
LESLEY SAGER; WINCHILL SAGER;
SAGER DESIGNS; ARCHITECTURAL
BUILDING ARTS, INC.; MELINDA MOORE;
STEVE LARSON; and ERIC FERGUSON,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-600-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

### IT IS ORDERED AND ADJUDGED

that judgment is entered denying plaintiff Quincy Neri leave to proceed on her federal claims as barred by the doctrine of claim preclusion and dismissing plaintiff's state law claims without prejudice to plaintiff's refiling them in state court.

_Peter Oppeneer_       10/26/12
Peter Oppeneer, Clerk of Court      Date